# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ALTON D. BROWN        :   No. 109 MM 2018

                                  :

                                  :

PETITION OF: ALTON D. BROWN    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of September, 2018, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.